**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Darnell Pate,

    Plaintiff,

        v.                               Case No.   1:23cv208

Village of New Vienna,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[  ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[  ]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[ X]   **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**:   The Court dismissed the civil action filed by (now deceased) Plaintiff Darnell Pate after no motion for substitution was been filed and the time to do so had passed.

Date: August 1, 2024                           Richard W. Nagel, Clerk
                                        Clerk

                                        By:    *s/ Krista Zeller*
                                                    Deputy Clerk